IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| William Adam, <br><br> Plaintiff(s), <br><br> vs. <br><br> CHW Group, Inc., dba Choice Home Warranty, <br><br> Defendant(s). | CASE NO. 1:21-cv-00019-LRR-MAR <br><br> MOTION TO APPEAR <br> PRO HAC VICE |

Ignacio Hiraldo, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiff William Adam. Ignacio Hiraldo states that He is a member in good standing of the bar of the State of Florida, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Ignacio Hiraldo further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Eric S. Mail , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

Dated: March 1, 2021

Respectfully submitted,

By:  */s/ Ignacio Hiraldo*

1

**IJH Law**
Ignacio Hiraldo, Esq.
Florida Bar No. 0056031
1200 Brickell Ave. Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786.496.4469

*Counsel for Plaintiff and the Proposed Class*