# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| WILLIAM ADAM, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>CHW GROUP, INC D/B/A CHOICE HOME WARRANTY,<br><br>  Defendant. | NO. 21-CV-00019-LRR-MAR<br><br>MOTION TO APPEAR PRO HAC VICE |

  Aaron Paul Heeringa, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant CHW Group, Inc. d/b/a Choice Home Warranty. Aaron Paul Heeringa states that he is a member in good standing of the bar of Illinois and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

  Aaron Paul Heeringa further states he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Teresa K. Baumann, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who appeared on behalf of CHW Group, Inc. d/b/a Choice Home Warranty on March 10, 2021 (Doc. 6).

  Mr. Heeringa's certificate of good standing from the Supreme Court of the State of Illinois, dated March 10, 2021, is attached hereto, as required by Administrative Order No. 19-AO-0004-P.

*/s/ Teresa K. Baumann*
TERESA K. BAUMANN     AT0000755
         for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA  52406-2107
Phone:     (319) 365-9461
Fax:       (319) 365-8443
E-mail:    tkb@shuttleworthlaw.com

and

A. Paul Heeringa (*Pro Hac Vice forthcoming*)
Manatt, Phelps & Phillips LLP
151 N. Franklin Street, Suite 2600
Chicago, IL  60606
Phone:     (312) 529-6300
Fax:       (312) 529-6315
E-mail:    pheeringa@manatt.com

ATTORNEYS FOR DEFENDANT CHW GROUP, INC D/B/A CHOICE HOME WARRANTY

COPY TO:

Eric David Puryear
Puryear Law, PC
3719 Bridge Avenue, Suite 6
Davenport, IA 52807

Ignacio J. Hiraldo
Ijh Law
1200 Brickell Ave, Suite 1950
Miami, FL 33131

ATTORNEYS FOR PLAINTIFF

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with Fed. R. Civ. P. 5 on May 13, 2021, by:

[ XX ] Electronically via ECF for ECF registrants
[   ] U.S. Mail          
[   ] Fax
[   ] Overnight Courier     
[   ] Hand Delivery      
[   ] E-mail         

By:   /s/ Heather Bertch