# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

CASE NO: 1:21-cv-00019-LRR-MAR

| | |
|---|---|
| **WILLIAM ADAM,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHW GROUP, INC d/b/a CHOICE HOME WARRANTY,**<br><br>Defendant. | **CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO APPEAR PRO HAC

Manuel Hiraldo, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiff William Adam. Manuel Hiraldo states that he is a member in good standing of the bar of the State of Florida, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Manuel Hiraldo further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Eric S. Mail, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

Date: September 2, 2021

                        Respectfully submitted,

                        **HIRALDO P.A.**

                        */s/ Manuel S. Hiraldo*
                        Manuel S. Hiraldo, Esq.
                        Florida Bar No. 030380
                        mhiraldo@hiraldolaw.com
                        401 E. Las Olas Blvd. Suite 1400
                        Ft. Lauderdale, FL 33301
                        Tel: 954-400-4713